# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 6, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132795
132796

JAMES PERI FERGUSON and
SANDRA K. FERGUSON,
        Plaintiffs-Appellees,

v

PIONEER STATE MUTUAL OF
MICHIGAN,
        Defendant-Appellant.

SC: 132795
COA: 260876
Genesee CC: 04-080471-NI

_____

DARRELL W. FERREE and
JULIA C. FERREE,
        Plaintiffs-Appellees,

v

PIONEER STATE MUTUAL
INSURANCE COMPANY,
        Defendant-Appellant.

SC: 132796
COA: 261397
Ingham CC: 05-000073-CK

_____/

      On order of the Court, the application for leave to appeal the November 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 6, 2007



Clerk